UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE QUINN, an Illinois resident, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation<br><br>　　　　　　Defendant. | No. 08 C 138<br><br>Class Action Complaint<br><br>JURY TRIAL DEMANDED<br><br>Judge Elaine E. Bucklo |

## NOTICE OF MOTION

To: All Counsel of Record
　(see attached Service List)

　　PLEASE TAKE NOTICE that on **February 20, 2008** at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the **Judge Elaine Bucklo** in Room 1441 of the United States District Court for Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **PLAINTIFFS' MOTION FOR REASSIGNMENT OF RELATED CASES.**

　　　　　　　　　　　　　　　　LAWRENCE WALNER & ASSOCIATES, LTD.

　　　　　　　　　　　　　　　　s/ Aaron R. Walner
　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiffs

Aaron Walner, Esq.
**LAWRENCE WALNER & ASSOCIATES LTD.**
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
T: (312) 201-1616
F: (312) 201-1538
(Atty. Code 10264)

**CERTIFICATE OF SERVICE**

    I, Aaron Walner, an attorney, do hereby certify that on February 13, 2008, I caused a copy of the attached **PLAINTIFFS' MOTION FOR REASSIGNMENT OF RELATED CASES** to be served upon the parties in the attached service list via U.S. Mail. I declare under the penalty of perjury that the foregoing is true and correct.

                                        s/ Aaron R. Walner

Service List


Robert Eliot Shapiro
Barack Ferranzzano Kirschbaum & Nagelberg, LLP
200 West Asams, Suite 3900
Chicago, IL 60606

Ben Barnow
Sharon Harris
Erich Schork
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602

Kevin Rogers
Law Offices of Kevin Rogers
307 N. Michigan Avenue, Suite 305
Chicago, IL 60601

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130

Rachel M. Trummel
Barone & Jenkins, PC
635 Butterfield Rd, Suite 145
Oakbrook terrace, IL 60181