*United States District Court for the Northern District of Illinois*

Case Number:                      Assigned/Issued By:

Judge Name:                       Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

                  ☐ IFP        ☐ No Fee    ☐ Other _____

                  ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

                                                  _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____Original and _____ copies on _____ as to _____

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05